In the Matter of the Claim of GEORGE MOORE, Respondent, against MONTROSE CONTRACTING Co., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted April 17, 1934; decided April 27, 1934.)

*Harry A. Dicker* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.